## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UN4 Productions, LLC, | § § § | |
| versus | § § | Case No.   4:17-cv-02115 |
| Subscriber-63171, *et al*. | § § § § | Jury |

### NOTICE OF DISIMISSAL OF DEFENDANT SUBSCRIBER-14157

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiff files this notice of dismissal of Subscriber-14157.

1.  Plaintiff is UN4 Productions, LLC.  On June 12, 2017, Plaintiff filed suit against several defendants.

2.  Plaintiff moves to dismiss the suit against Subscriber-14157.

3.  Subscriber-14157 has not been served with the Complaint in this action. Subscriber-14157 has neither answered nor moved for summary judgment.

4.  This case is not a class action under FED. R. CIV. P. 23, a derivative action under Rule 23.1 or an action related to an unincorporated association under Rule 23.2.

5.  A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal or the case. Nevertheless, Plaintiff is contemporaneously submitting a proposed order for dismissal.

7. Subscriber-14157 has agreed to take steps to prevent use of the internet account for any alleged infringing activity by putting a password on the WiFi and discussing appropriate internet usage with any users of the of the IP Subscriber's WiFi.

8. Subscriber-14157 has confirmed that no unauthorized copies or parts thereof of Plaintiff's Motion Picture are in Subscriber-14157's possession or subject to Subscriber-14157's control.

9. Subscriber-14157 has paid Plaintiff a monetary sum.

10. Subscriber-14157 has agreed that each Party shall be responsible for their own fees and costs.

11. The dismissal of Subscriber-14157 is WITH PREJUDICE.

Dated:   August 18, 2017

Respectfully submitted,
<u>s/ Gary J. Fischman</u>
Gary J. Fischman – Attorney in Charge

Tex. State Bar No. 787469
S.D. Tex. Bar No. 17126

FISCHMAN LAW PLLC
710 N. Post Oak Rd. Suite 105
Houston, TX 77024–3808
Tel: 713.900.4924
fischman@fischmaniplaw.com

Attorney for Plaintiff,
UN4 Productions, LLC

## CERTIFICATE OF SERVICE

As the true identities of the defendants are unknown, service is not possible.

<u>*s/Gary J. Fischman*</u>
Gary J. Fischman