| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 18, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| UN4 Productions, Inc., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-2115 |
| Subscriber-63171, et al., | § § | |
| Defendants. | § | |

## Partial Dismissal

On the motion of UN4 Productions, Inc., the claims against Subscriber-14157 are dismissed with prejudice. (10)

Signed on August 18, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge